**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| BRUD ROSSMANN,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>JOHN COWLES, and<br>JOHN DOES 1-3,<br><br>　　　　　　　　Defendants. | **CV-16-49-BU-BMM-JCL**<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge Jeremiah Lynch issued Findings and Recommendations in this matter. (Doc. 6.) Judge Lynch recommended that the Court dismiss this action because the United States Postal Service has returned mailings to pro se Plaintiff Brud Rossman as undeliverable. Rossman has failed to update the Court of his current mailing address. No objections have been filed. The Court has reviewed Judge Lynch's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error.

1

Accordingly, **IT IS ORDERED** that Magistrate Judge Lynch's Findings and Recommendations (Doc. 6) is **ADOPTED IN FULL**. This action is **DISMISSED WITHOUT PREJUDICE** per Local Rule 5.2(b).

DATED this 27th day of December, 2016.

Brian Morris
United States District Court Judge